PER CURIAM.

(No. 74-CC-175—Claimant )

SCIENTIFIC PRODUCTS DIVISION OF AMERICAN HOSPITAL SUPPLY CORP., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC HEALTH, Respondent.

*Opinion filed January 31, 1974.*

SCIENTIFIC PRODUCTS DIVISION OF AMERICAN HOSPITAL SUPPLY CORP., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.